IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00236-MSK-MEH

COLORADO INSURANCE GUARANTY ASSOCIATION, a Colorado nonprofit unincorporated legal entity,

      Plaintiff,

v.

SUNSTATE EQUIPMENT COMPANY, LLC, a Delaware limited liability company,

      Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER is before the Court on the Joint Motion for Stay, or in the Alternative, Joint Motion for Dismissal Without Prejudice (Motion) **(#28)** filed October 14, 2009. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and this action is hereby dismissed, without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 15th day of October, 2009.

      **BY THE COURT:**

      */s/ Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge